[No. 4977–5–II.   Division Two.   May 27, 1983.]

*In the Matter of the Estate of*
JANET R. WINEBERG.

Appeal from a judgment of the Superior Court for Clark County, No. 17518, Thomas L. Lodge, J., entered July 25, 1980. *Affirmed as modified* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 5698–4–II.   Division Two.   May 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS HAROLD, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81–1–00021–8, John H. Kirkwood, J., entered June 12, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[Nos. 10077–7–I; 11353–4–I;   Division One.   May 31, 1983.]
11444–1–I.

KEN GORSHKOW, ET AL, *Appellants,* v. PAUL ANTHONY BUTRIM, ET AL, *Respondents.*

PAUL A. BUTRIM, ET AL, *Respondents,* v. LEMBIT KOSENKRANIUS, ET AL, *Defendants,* MART LIIKANE, ET AL, *Appellants.*

MART LIIKANE, *Appellant,* v. PAUL ANTHONY BUTRIM, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for King County, Nos. 79–2–05926–9, 81–2–00388–5, 81–2–02491–2, Frank D. Howard and James D. McCutcheon, Jr., JJ., entered February 26, 1981, and January 14 and February 8, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Ringold, JJ.